```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 07803
    ALEX R DELGADO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4989

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2007 and was confirmed 06/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NISSAN FINANCING           SECURED NOT I   23158.94            .00           .00
NISSAN FINANCING           SECURED NOT I   NOT FILED           .00           .00
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00           .00
ADVOCATE HEALTH & HOSPIT   UNSECURED       NOT FILED           .00           .00
AMERICASH LOANS            UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         9046.92           .00           .00
B-REAL LLC                 UNSECURED          767.59           .00           .00
DAIMLERCHRYSLER FINANCIA   SECURED NOT I        .00            .00           .00
CITIBANK USA               UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED           .00           .00
COMCAST                    UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS I   UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS I   UNSECURED       NOT FILED           .00           .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED           .00           .00
SPRINT-NEXTEL CORP         UNSECURED          740.47           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          569.42           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          273.61           .00           .00
HSBC NV                    UNSECURED       NOT FILED           .00           .00
CARD PROCESSING CENTER     UNSECURED       NOT FILED           .00           .00
KOHLS                      UNSECURED          885.53           .00           .00
LEADING EDGE RECOVERY      UNSECURED       NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED           .00           .00
MENARDS                    UNSECURED       NOT FILED           .00           .00
MERCHANT & MEDICAL         UNSECURED       NOT FILED           .00           .00
MIDLAND FINANCE            UNSECURED       NOT FILED           .00           .00
MIDLAND FINANCE            UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00           .00
ORCHARD BANK               UNSECURED       NOT FILED           .00           .00
PEOPLES GAS & LIGHT        UNSECURED          138.11           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2703.93           .00           .00
T-MOBILE USA               UNSECURED          376.26           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07803 ALEX R DELGADO
```

```
UNIVERSITY OF ILLINOIS    UNSECURED      NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S  UNSECURED      NOT FILED              .00          .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED              .00          .00
WASHINGTON MUTUAL         MORTGAGE ARRE       .00               .00          .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED              .00          .00
BANK OF NEW YORK          SECURED NOT I   6041.68               .00          .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY    NOT FILED              .00          .00
COUNTRYWIDE HOME LOANS    SECURED NOT I  50031.76               .00          .00
CITY OF CHICAGO PARKING   UNSECURED        960.00               .00          .00
COUNTRYWIDE HOME LOANS    SECURED NOT I   5170.72               .00          .00
HOME DEPOT CREDIT SERVIC  UNSECURED      NOT FILED              .00          .00
NISSAN MOTOR ACCEPTANCE   UNSECURED       6646.69               .00          .00
DAIMLERCHRYSLER FINANCIA  UNSECURED       9394.19               .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,334.00                       1,461.10
TOM VAUGHN                TRUSTEE                                         110.15
DEBTOR REFUND             REFUND                                          302.25

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,873.50

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,461.10
TRUSTEE COMPENSATION                               110.15
DEBTOR REFUND                                      302.25
                         ---------------    ---------------
TOTALS                    1,873.50                1,873.50
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/18/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


                    PAGE   2
     CASE NO. 07 B 07803 ALEX R DELGADO